JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA STOCKER ) <br> ) <br> **Plaintiff(s),** ) <br> ) <br> v. ) <br> ) <br> OCWEN LOAN SERVICING LLC, ET. ) <br> AL., ) <br> ) <br> **Defendant(s).** ) <br> ) <br> _____ ) | CASE NO. SA CV09-0973-DOC(MLGx) <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on November 10, 2009. Plaintiff was ordered to show cause in writing no later than November 24, 2009, why this action should not be dismissed for lack of prosecution. Plaintiff has failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: December 31, 2009

_____
DAVID O. CARTER
United States District Judge